IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| Gregory L. Hampton, | ) | |
| --- | --- | --- |
| | ) | C/A No. 2:17-1855-MBS-MGB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **O R D E R** |
| Commissioner, Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Gregory L. Hampton brings this action seeking judicial review of a decision of Defendant Commissioner, Social Security Administration, denying Plaintiff's application for social security disability benefits. In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to United States Magistrate Judge Mary Gordon Baker for pretrial handling.

This matter is before the court on Plaintiff's motion to proceed in forma pauperis, which motion was filed on July 13, 2017. On July 14, 2017, the Magistrate Judge issued a Report and Recommendation in which she determined that Plaintiff possesses sufficient assets to pay the filing fee. Accordingly, the Magistrate Judge recommended that Plaintiff's motion be denied.

On August 1, 2017, the court was informed that Plaintiff has paid the filing fee. Plaintiff's motion to proceed in forma pauperis is **denied as moot**. The case is recommitted to the Magistrate Judge for additional pretrial handling.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

August 9, 2017
Charleston, South Carolina